IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Leslie P. Pal, | : |
|     Plaintiff(s), | : |
| | :   Case Number: 1:16cv914 |
| vs. | : |
| | :   Judge Susan J. Dlott |
| Dude Jeff, et al., | : |
|     Defendant(s). | : |

ORDER

    This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on September 12, 2016 a Report and Recommendation (Doc. 4).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 5).

    The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

    Accordingly, all claims contained in plaintiff's complaint are dismissed with prejudice, pursuant to 28 U.S.C. §1915(e).  It is further ordered that plaintiff is to be admonished a second time not to file any new complaint in this Court that raises claims identical or similar claims to those that have already been filed.

    IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Judge Susan J. Dlott
    United States District Court